IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| COMMON CAUSE RHODE ISLAND, LEAGUE OF WOMEN VOTERS OF RHODE ISLAND, MIRANDA OAKLEY, BARBARA MONAHAN, and MARY BAKER,<br><br>       Plaintiffs,<br><br>    - against -<br><br>NELLIE M. GORBEA, in her official capacity as Secretary of State of Rhode Island; DIANE C. MEDEROS, LOUIS A. DESIMONE JR., JENNIFER L. JOHNSON, RICHARD H. PIERCE, ISADORE S. RAMOS, DAVID H. SHOLES, and WILLIAM E. WEST, in their official capacity as members of the Rhode Island Board of Elections,<br><br>       Defendants. | **TEMPORARY RESTRAINING ORDER REQUESTED**<br><br><br>Case No. 1:20-cv-00318-MSM-LDA |

**PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER
AND PRELIMINARY INJUNCTION**

Plaintiffs, by and through their undersigned counsel, individually and on behalf of their members, hereby move for the issuance of a Temporary Restraining Order and, after hearing thereon, a Preliminary Injunction, pursuant to Rule 65(a) of the Federal Rules of Civil Procedure directing Defendants to suspend Rhode Island's requirement that citizens who choose to vote by mail ballot sign the certifying envelope which contains their ballot before a notary public or two witnesses pursuant to R.I. Gen. Laws §§ 17-20-2.1(d)(1), 17-20-2.1(d)(4) and 17-20-2.2(d)(1), for the September 8, 2020 Primary Election and the November 3, 2020 General Election. Plaintiffs, by and through their undersigned counsel, request a Temporary Restraining Order conference, and if the requested relief is contested by Defendants, Plaintiffs request an

1

evidentiary hearing on the Preliminary Injunction. Plaintiffs anticipate that an evidentiary hearing of not more than two hours may also be required.

In support of the Motion, Plaintiffs rely upon the Complaint and the attached supporting Memorandum of Fact and Law, as well as the exhibits thereto, including the Declarations of Dr. Arthur Reingold, Dr. Michael Fine, and Plaintiffs Miranda Oakley, Barbara Monahan, and Mary Baker, as well as John Marion in his capacity as Executive Director of Common Cause Rhode Island, and Jane Koster in her capacity as President of the League of Women Voters Rhode Island.

Prior to filing this motion, on July 22, 2020, undersigned counsel notified Miriam Weizenbaum of the Department of Attorney General, Angel Taveras, counsel to Secretary of State Nellie M. Gorbea, and Raymond Marcaccio, counsel to the Board of Elections, of the within motion, and today provided electronic copies of the Complaint and the within Motion and supporting documents. Mr. Taveras informed Plaintiffs' counsel that the Secretary of State will not oppose Plaintiffs' motion for injunctive relief.

Respectfully submitted,

/s/ *Lynette Labinger*
Lynette Labinger, Esq. (Bar No.1645)
128 Dorrance St., Box 710
Providence, RI  02903
(401) 465-9565 (phone)
ll@labingerlaw.com
Cooperating counsel,
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF RHODE ISLAND**

/s/ *Julie A. Ebenstein*
Julie A. Ebenstein, Esq. (*pro hac vice pending*)
Dale E. Ho, Esq. (*pro hac vice pending*)
**AMERICAN CIVIL LIBERTIES UNION**

**FOUNDATION, INC.**
125 Broad Street, 18th Floor
New York, NY 10004
(212) 284-7332 (phone)
jebenstien@aclu.org
dho@aclu.org


/s/ *Danielle Lang*_____
Danielle Lang, Esq. (*pro hac vice pending*)
Jonathan Diaz, Esq. (*pro hac vice pending*)
Simone Leeper*, Esq. (*pro hac vice pending*)
**CAMPAIGN LEGAL CENTER**
1101 14th St. NW, Suite 400
Washington, DC 20005
(202) 736-2200 (phone)
dlang@campaignlegal.org
jdiaz@campaignlegal.org
sleeper@campaignlegal.org

*Admitted to practice only in Florida; supervised by a member of the District of Columbia Bar.


/s/ *Michael C. Keats*_____
Michael C. Keats, Esq. (*pro hac vice pending*)
Christopher H. Bell, Esq.* (*pro hac vice pending*)
**FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP**
One New York Plaza
New York, NY 10004
(212) 859-8914 (phone)
(212) 859-4000 (fax)
Michael.Keats@friedfrank.com
Christopher.Bell@friedfrank.com

*Admitted only in Pennsylvania; not admitted in the District of Columbia; supervised by a member of the District of Columbia Bar.

3

**CERTIFICATION**

I hereby certify that I filed the within document via the ECF system on this 23rd day of July, 2020, and that it is available for viewing and downloading to all counsel of record and that I provided the within documents by email to:

Miriam Weizenbaum
mweizenbaum@riag.ri.gov

Angel Taveras
taverasa@gtlaw.com

Raymond A. Marcaccio
ram@om-rilaw.com

/s/ *Lynette Labinger*
Lynette Labinger, Esq.