IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| COMMON CAUSE RHODE ISLAND, LEAGUE OF WOMEN VOTERS OF RHODE ISLAND, MIRANDA OAKLEY, BARBARA MONAHAN, and MARY BAKER,<br><br>                                 Plaintiffs,<br><br>- against -<br><br>NELLIE M. GORBEA, in her official capacity as Secretary of State of Rhode Island; DIANE C. MEDEROS, LOUIS A. DESIMONE JR., JENNIFER L. JOHNSON, RICHARD H. PIERCE, ISADORE S. RAMOS, DAVID H. SHOLES, and WILLIAM E. WEST, in their official capacity as members of the Rhode Island Board of Elections,<br><br>                                 Defendants. | Case No. 1:20-cv-00318-MSM-LDA |

**JOINT MOTION FOR ENTRY OF CONSENT JUDGMENT AND DECREE**

Plaintiffs and Defendants (collectively, the "Parties") seek approval of a consent judgment and decree that would vindicate the public interests of ensuring access to the ballot, protecting election integrity, and promoting public health during the COVID-19 pandemic. Specifically, the agreement would stop enforcement for the September 8, 2020 primary and November 3, 2020 general elections of the requirement that Rhode Island voters eligible to vote by mail, subject to very limited exclusions, sign the certifying envelopes which contain their ballots before a notary public or two witnesses in order for their votes to be counted. In support of their motion, the Parties rely upon the attached proposed Consent Judgment and Decree.

This agreement represents a fair, adequate, and reasonable arrangement that will benefit all parties while serving the public interest. The Parties therefore request that the Court enter this agreement, which will provide certainty well in advance of the September 8, 2020 primary and

November 3, 2020 general elections while allowing all qualified Rhode Islanders to vote and protect their health.

Dated: July 27, 2020                                              Respectfully submitted,

/s/ *Angel Taveras*  
Angel Taveras, Esq. (Bar No. 5552)  
GREENBERG TRAURIG, LLP  
One International Place, Suite 2000  
Boston, MA 02110  
Telephone: (617) 310-6096  
Facsimile: (617) 310-6001  
taverasa@gtlaw.com  

*Attorney for Defendant Secretary Gorbea*

/s/ *Raymond A. Marcaccio*  
Raymond A. Marcaccio, Esq.  
Oliverio & Marcaccio LLP  
55 Dorrance Street  
Suite 400  
Providence, RI 02903  
Phone  401.861.2900  
Fax     401.861.2922  
ram@om-rilaw.com  

*Attorney for Defendants members of the Rhode Island Board of Elections*

/s/ *Lynette Labinger*  
Lynette Labinger, Esq. (Bar No.1645)  
128 Dorrance St., Box 710  
Providence, RI  02903  
(401) 465-9565 (phone)  
ll@labingerlaw.com  
Cooperating counsel,  
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF RHODE ISLAND**

/s/ *Julie A. Ebenstein*  
Julie A. Ebenstein, Esq.  
   (*admitted pro hac vice*)  
Dale E. Ho, Esq. (*pro hac vice pending*)  
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION, INC.**  
125 Broad Street, 18th Floor  
New York, NY 10004  
(212) 284-7332 (phone)  
jebenstien@aclu.org  
dho@aclu.org  

/s/ *Danielle Lang*  
Danielle Lang, Esq. (*admitted pro hac vice*)  
Jonathan Diaz, Esq. (*admitted pro hac vice*)  
**CAMPAIGN LEGAL CENTER**  
1101 14th St. NW, Suite 400  
Washington, DC 20005  
(202) 736-2200 (phone)  
dlang@campaignlegal.org  
jdiaz@campaignlegal.org  
sleeper@campaignlegal.org

/s/ *Michael C. Keats*
Michael C. Keats, Esq. (*admitted pro hac vice*)
Christopher H. Bell, Esq.*
  (*admitted pro hac vice*)
**FRIED, FRANK, HARRIS, SHRIVER**
  **& JACOBSON LLP**
One New York Plaza
New York, NY 10004
(212) 859-8914 (phone)
(212) 859-4000 (fax)
Michael.Keats@friedfrank.com
Christopher.Bell@friedfrank.com
*Admitted only in Pennsylvania; not admitted in the District of Columbia; supervised by a member of the District of Columbia Bar.

*Attorneys for Plaintiffs*

## **CERTIFICATION**

I certify that on July 27, 2020, I served a copy of the within documents via the Court's CMECF system, which sent copies of this document to Counsel of Record.

                                              /s/ *Lynette Labinger*
                                              Lynette Labinger, Esq.