**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| COMMON CAUSE RHODE ISLAND, LEAGUE OF WOMEN VOTERS OF RHODE ISLAND, MIRANDA OAKLEY, BARBARA MONAHAN, and MARY BAKER,<br><br>                                  Plaintiffs,<br><br>- against -<br><br>NELLIE M. GORBEA, in her official capacity as Secretary of State of Rhode Island; DIANE C. MEDEROS, LOUIS A. DESIMONE JR., JENNIFER L. JOHNSON, RICHARD H. PIERCE, ISADORE S. RAMOS, DAVID H. SHOLES, and WILLIAM E. WEST, in their official capacity as members of the Rhode Island Board of Elections,<br><br>                                  Defendants. | 1:20-cv-00318-MSM-LDA |

**RULE 7.1 STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Plaintiffs Common Cause Rhode Island ("CC-RI") (a nonprofit organization), and The League of Women Voters of Rhode Island ("LWV-RI") (a nonprofit organization), certify as follows:

CC-RI is a Rhode Island office of Common Cause, a national nonprofit organization with no corporate parent. Neither CC-RI nor Common Cause is publicly held.

LWV-RI is a nonprofit organization whose parent organization is the League of Women Voters of the U.S. Neither LWV-RI nor the League of Women Voters of the U.S. is publicly held.

Dated:   July 30, 2020                                              Respectfully submitted,

/s/ *Lynette Labinger*
Lynette Labinger, Esq. (Bar No.1645)
128 Dorrance St., Box 710
Providence, RI  02903
(401) 465-9565 (phone)
ll@labingerlaw.com
Cooperating counsel,
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF RHODE ISLAND**

/s/ *Julie A. Ebenstein*
Julie A. Ebenstein, Esq.
   (*admitted pro hac vice*)
Dale E. Ho, Esq. (*admitted pro hac vice*)
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION, INC.**
125 Broad Street, 18th Floor
New York, NY 10004
(212) 284-7332 (phone)
jebenstien@aclu.org
dho@aclu.org

/s/ *Danielle Lang*
Danielle Lang, Esq. (*admitted pro hac vice*)
Jonathan Diaz, Esq. (*admitted pro hac vice*)
**CAMPAIGN LEGAL CENTER**
1101 14th St. NW, Suite 400
Washington, DC 20005
(202) 736-2200 (phone)
dlang@campaignlegal.org
jdiaz@campaignlegal.org

/s/ *Michael C. Keats*
Michael C. Keats, Esq. (*admitted pro hac vice*)
Christopher H. Bell, Esq.*
  (*admitted pro hac vice*)
**FRIED, FRANK, HARRIS, SHRIVER
  & JACOBSON LLP**
One New York Plaza
New York, NY 10004
(212) 859-8914 (phone)
(212) 859-4000 (fax)
Michael.Keats@friedfrank.com
Christopher.Bell@friedfrank.com
*Admitted only in Pennsylvania; not admitted in the District of Columbia; supervised by a member of the District of Columbia Bar.

*Attorneys for Plaintiffs*

## **CERTIFICATION**

I certify that on July 30, 2020, I served a copy of the within document via the Court's CMECF system, which sent copies of the within document to Counsel of Record.

/s/ *Lynette Labinger*
Lynette Labinger, Esq.