UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| COMMON CAUSE RHODE ISLAND, LEAGUE OF WOMEN VOTERS OF RHODE ISLAND, MIRANDA OAKLEY, BARBARA MONAHAN, and MARY BAKER,<br>*Plaintiffs*,<br><br>v.<br><br>NELLIE M. GORBEA, in her official capacity as Secretary of State of Rhode Island; DIANE C. MEDEROS, LOUIS A. DESIMONE JR., JENNIFER L. JOHNSON, RICHARD H. PIERCE, ISADORE S. RAMOS, DAVID H. SHOLES, and WILLIAM E. WEST, in their official capacities as members of the Rhode Island Board of Elections,<br>*Defendants*,<br><br>REPUBLICAN NATIONAL COMMITTEE, and RHODE ISLAND REPUBLICAN PARTY<br>[*Proposed*] *Intervenor-Defendants*. | Case No. 1:20-cv-00318-MSM-LDA |

## EMERGENCY NOTICE OF APPEAL
## AND [PROTECTIVE] NOTICE OF APPEAL

Proposed Intervenor-Defendants, the Republican National Committee and the Rhode Island Republican Party, now appeal to the U.S. Court of Appeals for the First Circuit this Court's order denying their motion to intervene, Text Order (July 30, 2020). Proposed Intervenor-Defendants also protectively appeal the consent judgment and decree and this Court's grant of the parties' motion to approve that decree, Docs. 25,

1

26; *see Mausolf v. Babbitt*, 125 F.3d 661, 666 (8th Cir. 1997) ("If final judgment is entered with or after the denial of intervention, the applicant should be permitted to file a protective notice of appeal as to the judgment, to become effective if the denial of intervention is reversed." (cleaned up; quoting 15A Wright & Miller, *Fed. Practice & Procedure* §3902.1, at 113 (2d ed. 1991)).

|  |  |
|---|---|
| Dated: July 30, 2020 | Respectfully submitted, |
|  |   /s/*Thomas R. McCarthy* |
| Brandon S. Bell | Thomas R. McCarthy (pro hac vice) |
| FONTAINE BELL & ASSOCIATES | Patrick N. Strawbridge (pro hac vice) |
| 1 Davol Sq. Penthouse | Cameron T. Norris (pro hac vice) |
| Providence, RI 02903 | CONSOVOY MCCARTHY PLLC |
| (401) 274-8800 (Tel) | 1600 Wilson Blvd., Ste. 700 |
| (401) 274-8880 (Fax) | Arlington, VA 22209 |
| Bbell@fdblegal.com | (703) 243-9423 |
|  | tom@consovoymccarthy.com |

*Counsel for Proposed Intervenor-Defendant*
*Republican National Committee and the Rhode Island Republican Party*