

# UNITED STATES DISTRICT COURT
## *District of Rhode Island*

### CLERK'S CERTIFICATE AND APPELLATE COVER SHEET
### ABBREVIATED ELECTRONIC RECORD

| Case Information |
|---|

Case Caption: **Common Cause Rhode Island, et al** vs. **Gorbea, et al.**

District Court Number: **20-cv-318-MSM**     Presiding Judge: **Judge McElroy**

Notice of Appeal filed by: **Intervenor**     Notice of Appeal document number: **28**

Appeal from: **Text Order of 7/30/20; Amended Memorandum; Consent Judgment**

Other information:

Fee status: **Paid**     Pro se case: Yes ☐  No ☑

Emergency or requires expedition: **Yes**     *If yes, reason:*

| Record Information |
|---|

Motions Pending     Yes ☐     No ☑
*If yes, document #*

Other record information:

Related case(s) on appeal:

| Certification |
|---|

I, Hanorah Tyer-Witek, Clerk of the United States District Court for the District of Rhode Island, do certify that the following annexed electronic documents constitute the abbreviated record on appeal in the above referenced case:

Date: **07/30/2020**

**HANORAH TYER-WITEK**
Clerk of Court
/s/Michael Simoncelli
Deputy Clerk