UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| COMMON CAUSE RHODE ISLAND, LEAGUE OF WOMEN VOTERS OF RHODE ISLAND, MIRANDA OAKLEY, BARBARA MONAHAN, and MARY BAKER, *Plaintiffs*, | : : : : : : | |
| vs. | : : : | C.A. No. 1:20-cv-00318-MSM-LDA |
| NELLIE GORBEA, in her official capacity as Secretary of State of Rhode Island; DIANE C. MEDEROS, LOUIS A. DESIMONE JR., JENNIFER L. JOHNSON, RICHARD H. PIERCE, ISADORE S. RAMOS, DAVID H. SHOLES, and WILLIAM E. WEST, in their official capacities as members of the Rhode Island Board of Elections, *Defendants*. | : : : : : : : : : | |

## ENTRY OF APPEARANCE

I, Raymond A. Marcaccio, Esquire, hereby enter my appearance on behalf of Defendants, Diane C. Mederos, Louis A. DeSimone, Jr., Jennifer L. Johnson, Richard H. Pierce, Isadore S. Ramos, David H. Sholes and William E. West, solely in their official capacity as members of the Rhode Island Board of Elections, in the above-captioned matter.

    */s/ Raymond A. Marcaccio*
Raymond A. Marcaccio, Esquire (#3569)
OLIVERIO & MARCACCIO LLP
55 Dorrance Street, Suite 400
Providence, RI 02903
(401) 861-2900
(401) 861-2922 Fax
ram@om-rilaw.com

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 3, 2020, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

      */s/ Raymond A. Marcaccio*