# United States Court of Appeals
## For the First Circuit

No. 20-1753

COMMON CAUSE RHODE ISLAND; LEAGUE OF WOMEN VOTERS OF RHODE ISLAND; MIRANDA OAKLEY; BARBARA MONAHAN; MARY BAKER,

Plaintiffs, Appellees,

v.

NELLIE GORBEA, in her official capacity as Secretary of State of Rhode Island; DIANE C. MEDEROS, in her official capacities as member of the Rhode Island Board of Elections; JENNIFER L. JOHNSON, in her official capacities as member of the Rhode Island Board of Elections; ISADORE S. RAMOS, in his official capacities as member of the Rhode Island Board of Elections; LOUIS A. DIMONE, JR., in his official capacities as member of the Rhode Island Board of Elections; WILLIAM E. WEST, in his official capacities as member of the Rhode Island Board of Elections; RICHARD H. PIERCE, in his official capacities as member of the Rhode Island Board of Elections; DAVID H. SOLES, in his official capacities as member of the Rhode Island Board of Elections,

Defendants, Appellees,

REPUBLICAN NATIONAL COMMITTEE; REPUBLICAN PARTY OF RHODE ISLAND,

Movants, Appellants.

Before
Torruella, Thompson, and Kayatta,
Circuit Judges.

**ORDER OF COURT**
Entered: August 7, 2020

This cause came on to be heard on appeal from the United States District Court for the District of Rhode Island and was argued by counsel.

The district court's order denying intervention is reversed in part, only for purposes of appeal, and the motion for stay pending appeal is denied.

By the Court:
Maria R. Hamilton, Clerk

cc:
Hon. Mary S. McElroy
Hanorah Tyer-Witek, Clerk, United States District Court for the District of Rhode Island
Joseph S. Larisa Jr.
Patrick N. Strawbridge
Thomas R. McCarthy
Cameron Thomas Norris
Brandon Scott Bell
Paul March Smith
Michael Courtney Keats
Lynette J. Labinger
Dale Ho
Julie Ebenstein
Christopher H. Bell
Danielle Lang
Jonathan Diaz
Elliot H. Scherker
Angel Taveras
Gustavo Ribeiro
Raymond A. Marcaccio

# United States Court of Appeals
## For the First Circuit

No. 20-1753

COMMON CAUSE RHODE ISLAND; LEAGUE OF WOMEN VOTERS OF RHODE ISLAND; MIRANDA OAKLEY; BARBARA MONAHAN; MARY BAKER,

Plaintiffs, Appellees,

v.

NELLIE GORBEA, in her official capacity as Secretary of State of Rhode Island; DIANE C. MEDEROS, in her official capacities as member of the Rhode Island Board of Elections; JENNIFER L. JOHNSON, in her official capacities as member of the Rhode Island Board of Elections; ISADORE S. RAMOS, in his official capacities as member of the Rhode Island Board of Elections; LOUIS A. DIMONE, JR., in his official capacities as member of the Rhode Island Board of Elections; WILLIAM E. WEST, in his official capacities as member of the Rhode Island Board of Elections; RICHARD H. PIERCE, in his official capacities as member of the Rhode Island Board of Elections; DAVID H. SOLES, in his official capacities as member of the Rhode Island Board of Elections,

Defendants, Appellees,

REPUBLICAN NATIONAL COMMITTEE; REPUBLICAN PARTY OF RHODE ISLAND,

Movants, Appellants.

Before
Torruella, Thompson, and Kayatta,
<u>Circuit Judges</u>.

**ORDER OF COURT**
Entered: August 7, 2020

This cause came on to be heard on appeal from the United States District Court for the District of Rhode Island and was argued by counsel.

The district court's order denying intervention is reversed in part, only for purposes of appeal, and the motion for stay pending appeal is denied.

By the Court:
Maria R. Hamilton, Clerk

cc:
Hon. Mary S. McElroy
Hanorah Tyer-Witek, Clerk, United States District Court for the District of Rhode Island
Joseph S. Larisa Jr.
Patrick N. Strawbridge
Thomas R. McCarthy
Cameron Thomas Norris
Brandon Scott Bell
Paul March Smith
Michael Courtney Keats
Lynette J. Labinger
Dale Ho
Julie Ebenstein
Christopher H. Bell
Danielle Lang
Jonathan Diaz
Elliot H. Scherker
Angel Taveras
Gustavo Ribeiro
Raymond A. Marcaccio